[No. 63900-5-I.  Division One.  October 26, 2009.]

RICHARD LEFFLER ET AL., *Appellants*, v. THE DEPARTMENT OF LABOR AND INDUSTRIES, *Respondent*.

Appeal from a judgment of the Superior Court for Thurston County, No. 07-2-01853-8, Christine A. Pomeroy, J., entered November 14, 2008. *Affirmed in part* and *remanded* by unpublished opinion per Becker, J., concurred in by Cox and Ellington, JJ.

[No. 37383-1-II.  Division Two.  October 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT THOMAS YOUNG, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 06-1-04018-1, Stephanie A. Arend, J., entered January 25, 2008. *Affirmed* by unpublished opinion per Penoyar, J., concurred in by Van Deren, C.J., and Houghton, J.

[No. 37835-3-II.  Division Two.  October 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. ROBERT D. ASHENBRENNER, JR., *Appellant*.

Appeal from a judgment of the Superior Court for Grays Harbor County, No. 07-1-00661-6, Gordon Godfrey, J., entered May 12, 2008. *Affirmed* by unpublished opinion per Hunt, J., concurred in by Penoyar, A.C.J., and Quinn-Brintnall, J.

[No. 37918-0-II.  Division Two.  October 27, 2009.]

THE STATE OF WASHINGTON, *Respondent*, v. MARKUS WILLIAMSON, *Appellant*.

Appeal from a judgment of the Superior Court for Pierce County, No. 07-1-05870-4, D. Gary Steiner, J., entered May 29, 2008. *Affirmed* by unpublished opinion per Penoyar, A.C.J., concurred in by Hunt and Quinn-Brintnall, JJ.